# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:20-CV-353-FDW-DCK

| | |
|---|---|
| **DEREK MORTLAND,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **SHREEJI ENTERPRISES, LLC,** ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Walter E. Daniels III, concerning John P. Fuller on August 28, 2020. John P. Fuller seeks to appear as counsel *pro hac vice* for Plaintiff Derek Mortland. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. John P. Fuller is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: August 28, 2020

David C. Keesler
United States Magistrate Judge