UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

DEREK MORTLAND, Individually,

  Plaintiff,

vs.               Case No. 3:20-cv-353

SHREEJI ENTERPRISES, LLC, a North Carolina Limited Liability Company,

  Defendant.
_____/

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

  Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute, having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

| | |
|---|---|
| /s/ John P. Fuller | /s/ Lawrence J. Goldman |
| John P. Fuller, Esq., *pro hac vice* | Lawrence J. Goldman, Esq. |
| FL Bar No: 0276847 | NC Bar No: 19025 |
| Fuller, Fuller & Associates, P.A. | Styles, Byrum & Horne, LLP |
| 12000 Biscayne Boulevard, Suite 502 | 325 Arlington Avenue, 650 |
| North Miami, FL 33181 | Charlotte, NC 28203 |
| Telephone: (305) 891-5199 | Telephone: (704) 319-5934 |
| Facsimile: (305) 893-9505 | Facsimile: (704) 332-3281 |
| jpf@fullerfuller.com | lgoldman@sbhlaw.net |
| and | and |
| Walter E. Daniels III, Esq. | Jon P. Carroll, Esq. |
| NC Bar No: 27219 | NC Bar No: 33850 |
| Daniels Law Firm, PC | James, McElroy & Diehl, P.A. |
| 14 South Pack Square, Suite 502 | 525 North Tryon st., Suite 700 |
| Asheville, NC 28801 | Charlotte, NC 28202 |
| Telephone: (828) 258-7022 | Telephone: (704)372-9870 |
| Facsimile:(888)277-2412 | Facsimile: (704)350-9317 |
| Walter@danielslawfirm.net | jcarroll@jmdlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Date: 2/2/21 | Date: 2/2/21 |